MALDONADO, apelante, *v.* AVALO COLLAZO, apelado.

No. 4410.—*Resuelto:* Julio 23, 1928.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

En el alegato del apelante se sometió sin argumentar una proposición al efecto de que la corte inferior erró al ordenar el archivo del caso por desistimiento. Por este motivo la cuestión no fué discutida en nuestra anterior opinión. El apelante pide ahora la reconsideración y dice que durante su informe oral citó los artículos 192 y 193 del Código de Enjuiciamiento Civil para demostrar que la corte inferior no podía archivar la acción debido a que el demandante dejó de enmendar la demanda.

Si al desestimar la excepción previa el juez sentenciador le hubiese preguntado al abogado del demandante si deseaba permiso para enmendar su alegación, y después de haber recibido una respuesta en sentido negativo hubiera desestimado la acción, entonces no hubiera habido duda respecto a la facultad de la corte para dictar tal sentencia. 9

Cal. Jur., pág. 522, párrafo 14; *King* v. *Montgomery*, 50 Cal. 115.

Tal vez después de darle al demandante diez días para enmendar la demanda y dejar éste de hacerlo dentro del término fijado, hubiera sido más apropiada una sentencia sobre las alegaciones o el registro de una sentencia en alguna otra forma que la adoptada por la corte de distrito. Pero de ser necesario, la moción de desestimación pudo haber sido considerada como una moción pidiendo sentencia sobre las alegaciones, y en ausencia de algo que demuestre qué beneficio podía derivar el demandante por la modificación de la forma de la sentencia apelada, no estamos dispuestos a llevar a cabo una investigación independiente respecto a estos extremos.

No se hizo en la corte inferior insinuación alguna en cuanto a inadvertencia, error o negligencia excusable. Ni en el alegato del apelante ni en la moción de reconsideración hallamos indicación alguna respecto al deseo del apelante de enmendar la demanda o de ir al juicio sobre los méritos, aun en caso de que se revocara la sentencia.

*Debe denegarse la moción.*